UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ROBINSON<br>Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A.,<br>Defendants. | Case No. 2:25-cv-2348-DJC-JDP (PS)<br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On October 19, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed October 19, 2026, ECF No. 18, are ADOPTED;
2. Defendant's motion to dismiss, ECF No. 12, is GRANTED with prejudice; and

3. The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated: **November 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE